

# IN THE
# TENTH COURT OF APPEALS

## No. 10-09-00321-CV

## IN THE INTEREST OF A.D., B.D., AND L.D., CHILDREN

### From the 361st District Court
### Brazos County, Texas
### Trial Court No. 08-002569-CV-361

## MEMORANDUM  OPINION

The Clerk of this Court notified the parties that this appeal appeared subject to dismissal because the trial court granted a motion for new trial.  The parties were informed that the appeal may be dismissed as moot unless the appellant or another party filed a response showing grounds for continuing the appeal.  *See* TEX. R. APP. P. 42.3(a).  The Court has received no response.  Accordingly, the appeal is dismissed.

FELIPE REYNA
Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Appeal dismissed
Opinion delivered and filed November 25, 2009
[CV06]